IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAUL PENKALSKI,

                                                 ORDER

                      Plaintiff,

                                                 08-cv-544-X

      v.

MARK GUTHIER,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

      Entered this 23d day of September, 2008.

                                            BY THE COURT:
                                            /s/
                                            BARBARA B. CRABB
                                            District Judge

Dockets.Justia.com